JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BASTARDI, JR., an individual, MICHELLE LEBLANC, an Individual, B & B AUTO PARTS II, LLC, A New York Limited Liability Company, and AUTO-MART INTERNATIONAL CORP., a New York Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 14-05369 FMO (Ex)<br><br>**PERMANENT INJUNCTION AND DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS WILLIAM BASTARDI, JR., MICHELLE LEBLANC, AND AUTOMART INTERNATIONAL CORP.** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation") as to Defendants William Bastardi, Jr., Michelle LeBlanc, and Automart International Corp, and the execution of a separate Settlement Agreement between Plaintiffs BMW OF NORTH AMERICA, LLC ("BMW NA"), and BAYERISCHE MOTOREN WERKE AG ("BMW AG")(collectively

"Plaintiffs" or "BMW"), and Defendants WILLIAM BASTARDI, JR., AUTOMART INTERNATIONAL CORP., and MICHELLE LEBLANC (collectively "Defendants"), hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants in the above-referenced matter as follows:

    1.    **PERMANENT INJUNCTION.**  Defendants and any person or entity acting in concert with, or at the direction of Defendants, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    a.    copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiffs' trademarks, including but not limited to, the trademarks with the United States Patent and Trademark Office Registration Numbers referenced in **Exhibits "A" – "Q"** of the Complaint filed by Plaintiffs' in this action (except to the extent that Plaintiffs' trademarks are contained on BMW products (including, without limitation, its vehicles) that are authentic and obtained from legitimate channels and/or authorized suppliers/distributors/manufacturers), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiffs' trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

      b.    performing or allowing others employed by or representing Defendants, or under their control, to perform any act or thing which is likely to injure Plaintiffs, any of Plaintiffs' trademarks (except to the extent of truthful statements concerning BMW trademarks and/or BMW products (including, without limitation, its vehicles) that are authentic and obtained from legitimate channels and/or authorized suppliers/distributors/manufacturers), including but not limited to the trademarks with the United States Patent and Trademark Office Registration Numbers referenced in **Exhibits "A" – "Q"** of the Complaint filed by Plaintiffs' in this action.

      c.    engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other unlawful act(s) which would tend damage or injure Plaintiffs; and/or

      d.    owning, using, or controlling any Internet domain name or website (except to the extent of any website concerning BMW trademarks and/or BMW products (including, without limitation, its vehicles) that are authentic and obtained from legitimate channels and/or authorized suppliers/distributors/manufacturers) that includes any of Plaintiffs' trademarks including but not limited to the trademarks with the United States Patent and Trademark Office Registration Numbers referenced in **Exhibits "A" – "Q"** of the Complaint filed by Plaintiffs' in this action.

2.    Defendants are ordered to deliver immediately for destruction all allegedly unauthorized products, including counterfeit BMW® or M®-branded products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiffs' intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendants' possession.

1      3.    This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court, and the case shall be dismissed with prejudice as to Defendants upon entry of this Permanent Injunction.

    4.    The Court finds there is no just reason for delay in entering this Permanent Injunction, and pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendants.

    5.    Defendants have entered into a separate Confidential Settlement Agreement resolving this lawsuit.

    6.    Upon entry of Permanent Injunction and Dismissal of Action With Prejudice as to Defendants William Bastardi, Jr., Michelle LeBlanc, and Automart International Corp., the case will be dismissed with prejudice as to Defendants WILLIAM BASTARDI, JR. MICHELLE LEBLANC, and AUTOMART INTERNATIONAL CORP.

    7.    **NO APPEALS AND CONTINUING JURISDICTION.**  No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

    8.    **NO FEES AND COSTS.**  Each party shall bear its/her/his own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 9th day of October, 2014.

                                                  _____/s/_____
                                                  Hon. Fernando M. Olguin
                                                  U.S. District Court Judge